Case 3:04-cv-03699-MJJ    Document 50    Filed 11/07/2005    Page 1 of 5

E-filing

**FILED**
NOV 0 8 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT&T CORP.,

    Plaintiff,

v.

OPT4 DERIVATIVES, INC.

    Defendant.

No. C 0403699 MJJ

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

**ADR CERTIFICATION**

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration    ☐ ENE    ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

Dated: October 25, 2005

    [signature]
    Attorney for Plaintiff
    Jaime K. Shean

Dated: _____

    Attorney for Defendant
    Laura R. Craft

IT IS SO ORDERED:

Dated: 11/8/2005

    [signature]
    UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

N:\Adrpc3a.frm

REV. 5/00
NDC-ADR6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT&T CORP.,

        Plaintiff,

v.

OPT4 DERIVATIVES, INC.

        Defendant.

No. C 0403699

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration   ☐ ENE   ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

_____

Dated: _____

Attorney for Plaintiff
Jaime K. Shean

Dated: 11/4/05

Attorney for Defendant
Laura R. Craft

IT IS SO ORDERED:

Dated: _____

UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

N:\Adrps3a.frm

REV. 5/00
NDC-ADR9

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ.L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 10-25-2005    AT&T CORP. _Kathryn E Shiel_
[Typed name and signature of plaintiff]

Dated: October 25, 2005    Jaime K. Shean _/s/_
[Typed name and signature of counsel for plaintiff]

PEAK 6 INVESTMENTS, L.P.
GORDON RAUSSER
Dated: _____    OPT4 DERIVATIVES, INC.
[Typed name and signature of defendant]

Dated: _____    Laura R. Craft
[Typed name and signature of counsel for defendant]

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
N:\Adrpc3a.frm                                    2                                    REV. 5/00

UNITED STATES DISTRICT COURT
For the Northern District of California

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ.L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: _____   AT&T CORP.
[Typed name and signature of plaintiff]

Dated: _____   Jaime K. Shean
[Typed name and signature of counsel for plaintiff]

Dated: 10/27/05   PEAK 6 INVESTMENTS, L.P.
GORDON RAUSSER   /s/ Gordon Rausser
OPT4 DERIVATIVES, INC.
[Typed name and signature of defendant]

Dated: 10/26/05   Laura R. Craft
[Typed name and signature of counsel for defendant]

Case 3:04-cv-03699-MJJ   Document 54   Filed 11/10/05   Page 5 of 5
Case 3:04-cv-03699-MJJ   Document 50   Filed 11/07/2005   Page 5 of 5
11/02/2005   17:49                                              NO.642   002
Nov 02 05 02:02p   FAX                      5104630131             p.2

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ.L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: _____   AT&T CORP.
                       [Typed name and signature of plaintiff]

Dated: _____   Jaime K. Shean
         11/1/05       [Typed name and signature of counsel for plaintiff]
                       Matt Huenzer
                       PEAK 6 INVESTMENTS, L.P.
                       GORDON RAUSSER

Dated: _____   OPT4 DERIVATIVES, INC.
                       [Typed name and signature of defendant]

Dated: _____   Laura R. Craft
                       [Typed name and signature of counsel for defendant]

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
                              2                              REV. 5/00