BYRON B. MAUSS, BAR No. 174141
JAIME K. SHEAN, BAR No. 217657
ASSAYAG MAUSS KEMPTON
A Professional Law Corporation
2915 Redhill Avenue, Suite 200
Costa Mesa, California 92626
Telephone: (714) 427-6800
Fax: (714) 427-6888

Attorneys for Plaintiff AT&T Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T CORP., a New York corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>OPT4 DERIVATIVES, INC., a Delaware corporation; GORDON RAUSSER, an individual; PEAK6 INVESTMENTS L.P., a Limited Partnership; and MATTHEW HULSIZER, an individual;<br><br>    Defendants. | Case No. C04-03699 MJJ<br><br>**STIPULATION RE: EXTENSION OF DEADLINE TO COMPLETE MEDIATION FROM FEBRUARY 15, 2006 TO APRIL 3, 2006;** [PROPOSED] **ORDER THEREON** |

    Plaintiff AT&T Corp. ("AT&T") and defendants Opt4 Derivatives, Inc., Gordon Rausser and Peak6 Investments L.P. (collectively, "Defendants"), through their respective counsel of record, hereby enter into this stipulation for extension of the deadline to complete mediation from February 15, 2006 to April 3, 2006. The parties respectfully request the extension for the foregoing reasons. The initial Case Management Conference was continued several times and recently took place on January 3, 2006.

-1-

ASSAYAG
MAUSS
KEMPTON

Extending the mediation completion deadline to April 3, 2006 would afford the parties 90 days after the initial Case Management Conference to complete mediation pursuant to ADR Local Rule 6-4(b). Additionally, prior to the first pre-mediation telephone conference, which took place on January 11, 2006, the parties commenced informal settlement negotiations. The parties believe there is a realistic chance of settling this matter in the next several weeks. An extension of the deadline to complete mediation would allow for the parties to continue settlement discussions prior to expending additional fees and costs associated with participating in a formal mediation.

**IT IS SO STIPULATED.**

Assayag Mauss Kempton
A Professional Law Corporation

Dated: January 30, 2006     By: _____
                                Jaime Shean
                                Attorneys for Plaintiff AT&T Corp.


Dated: January 27, 2006     By: _____
                                Laura R. Craft
                                Attorney for Defendants Opt4
                                Derivatives, Inc., Gordon Rausser and
                                Peak6 Investments L.P.

ASSAYAG
MAUSS
KEMPTON

1       **IT IS HEREBY ORDERED** that the deadline to complete

2 mediation shall be extended from February 15, 2006 to April 3, 2006.

3

4 DATED: _____2/1_____, 2006     _____

5                                                     UNITED STATES DISTRICT JUDGE



ASSAYAG
MAUSS
KEMPTON

-3-