BYRON B. MAUSS, BAR No. 174141
JAIME K. SHEAN, BAR No. 217657
ASSAYAG MAUSS KEMPTON
A Professional Law Corporation
2915 Redhill Avenue, Suite 200
Costa Mesa, California 92626
Telephone: (714)427-6800
Fax: (714)427-6888

Attorneys for Plaintiff, AT&T Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T CORP., a New York corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>OPT4 DERIVATIVES, INC., a Delaware corporation; GORDON RAUSSER, an individual; PEAK6 INVESTMENTS L.P., a Limited Partnership; and MATTHEW HULSIZER, an individual;<br><br>    Defendants. | CASE NO. C-04 3699 FMS<br><br>**STIPULATED JUDGMENT AND DISMISSAL OF GORDON RAUSSER, PEAK6 INVESTMENTS L.P. AND COUNTERCLAIMS FILED AGAINST AT&T CORP. WITH PREJUDICE; [PROPOSED] JUDGMENT AND ORDER OF DISMISSAL** |

    Plaintiff AT&T Corp. ("Plaintiff" or "AT&T"), and Defendants Opt4 Derivatives, Inc. ("Opt4"), Gordon Rausser ("Rausser") and Peak6 Investments L.P. ("Peak6") (collectively, "Defendants") hereby stipulate and agree to judgment in favor of AT&T and against Opt4 (the "Judgment") and to the dismissal with prejudice of Rausser and Peak6 and the dismissal with prejudice of Defendants' Counterclaim against AT&T (the "Dismissals") with respect to the following facts:

ASSAYAG
MAUSS
KEMPTON

-1-

STIPULATED JUDGMENT AND DISMISSAL OF RAUSSER,
PEAK6 AND COUNTERCLAIMS WITH PREJUDICE;
[PROPOSED] JUDGMENT AND ORDER OF DISMISSAL

## RECITALS

1. In or about June 2002, Opt4 and AT&T entered into a written agreement consisting of documents including AT&T Master Agreement and AT&T Enterprise Hosting Service Order Attachment with attached AT&T Enterprise Hosting Service Pricing Schedule (collectively, "the Agreement").

2. Pursuant to the Agreement, AT&T agreed to provide managed hosting services to Opt4, and Opt4 agreed to pay AT&T for services provided under the Agreement.

3. AT&T invoiced Opt4 monthly, under account number OPT4USCA001 (the "Account"), for telecommunications services provided under the Agreement. Beginning in or about September 2003, Opt4 failed to pay AT&T for managed hosting services provided. Thereafter, Opt4 continuously failed to pay additional amounts due to AT&T for services provided under the Agreement. Opt4 contends that its non-payment was justified by AT&T's failure to provide service. AT&T denies this allegation. Both AT&T and Opt4 contend that they terminated the Agreement for cause in or about February 2003.

4. In its First Amended Complaint, AT&T seeks the total unpaid balance due and owing by Opt4 to AT&T pursuant to the Agreement of $1,009,930.35, plus interest, attorney's fees and costs.

5. In its First Amended Complaint, AT&T further contends that Opt4 fraudulently conveyed company assets to Rausser and Peak6 with

ASSAYAG
MAUSS
KEMPTON

-2-

STIPULATED JUDGMENT AND DISMISSAL OF RAUSSER, PEAK6 AND COUNTERCLAIMS WITH PREJUDICE; [PROPOSED] JUDGMENT AND ORDER OF DISMISSAL

the intent to defraud AT&T and to shield the assets of Opt4 from AT&T.

6. Opt4, Rausser and Peak6 have each filed a Counterclaim against AT&T alleging, *inter alia*, that it breached its obligations under the Agreement, misled them about its willingness to modify payment terms and has wrongfully retained equipment belonging to Opt4 ("Counterclaim"). AT&T denies these allegations.

7. By this agreement, the parties hereto agree that Rausser and Peak6 shall be dismissed from the above-entitled action with prejudice and that the Counterclaim against AT&T shall be dismissed with prejudice. They further agree that a Stipulated Judgment shall be entered in favor of AT&T on its contract claim against Opt4.

8. By this agreement, Judgment and Dismissals, the parties intend to resolve and settle all claims between them arising from or relating to the litigation and the Account. This Agreement shall not be construed as an admission by any party of the truth of any matter, and is entered into solely in order to achieve a compromise and avoid further litigation expense.

NOW THEREFORE, in consideration of the promises and mutual covenants contained herein, the parties hereto and each of them hereby agree as follows:

**IT IS HEREBY STIPULATED** by and between AT&T, Opt4, Rausser and

ASSAYAG
MAUSS
KEMPTON

-3-

STIPULATED JUDGMENT AND DISMISSAL OF RAUSSER, PEAK6 AND COUNTERCLAIMS WITH PREJUDICE; [PROPOSED] JUDGMENT AND ORDER OF DISMISSAL

Peak6, pursuant to Federal Rule of Civil Procedure 41(a)(1), by and through their undersigned counsel, that Rausser and Peak6 be dismissed from the above-entitled action with prejudice. It is further stipulated that the Counterclaim stated against AT&T by Opt4, Peak6 and Rausser is hereby dismissed with prejudice. With respect to all of the dismissed claims, the parties agree that the Dismissals shall result in a general release of the parties being dismissed, including their officers, directors, agents and attorneys, specifically including but not limited to Matthew Hulsizer. Each of the parties shall bear his or its own attorneys' fees and costs incurred herein.

**IT IS FURTHER STIPULATED THAT JUDGMENT SHALL BE ENTERED** against Opt4 in favor of AT&T in the amount of $1,009,930.35, plus post-judgment interest at the rate of 10% per annum on the outstanding balance as of the date of entry under this Judgment, plus reasonable attorneys' fees and costs incurred in enforcing this Judgment, in this or any state, or for actions necessarily arising out of the collection of this Judgment. Enforcement of the Judgment shall be immediate and no waiting time shall elapse before a writ of execution may be issued or an Abstract of Judgment may be issued, filed or recorded.

This Judgment is non-appealable. The parties hereto request, agree and consent to the continuing jurisdiction of the United States District Court, Northern District of California and waive all arguments or defenses based on subject matter or personal jurisdiction. In addition, Opt4 waives any and all right to contest,

ASSAYAG
MAUSS
KEMPTON

-4-

STIPULATED JUDGMENT AND DISMISSAL OF RAUSSER,
PEAK6 AND COUNTERCLAIMS WITH PREJUDICE;
[PROPOSED] JUDGMENT AND ORDER OF DISMISSAL

oppose or delay this Judgment, or its enforcement, including without limitation, by contesting, opposing, or delaying enforcement of the Judgment.

The parties additionally request that the trial set for August 21, 2006, be removed from the Court's calendar.

Upon execution hereof, this stipulated Judgment and Dismissal shall be filed with the United States District Court, Northern District of California.

**IT IS SO STIPULATED:**

**AT&T CORP.**

By: _/s/ Kathryn E. Thiel_
    Kathryn Thiel
Its: Senior Counsel


**OPT4 DERIVATIVES, INC.**

By: _____

Name: _____

Title: _____

[signatures continue on following page]

ASSAYAG MAUSS KEMPTON

−5−

STIPULATED JUDGMENT AND DISMISSAL OF RAUSSER, PEAK6 AND COUNTERCLAIMS WITH PREJUDICE; [PROPOSED] JUDGMENT AND ORDER OF DISMISSAL

oppose or delay this Judgment, or its enforcement, including without limitation, by contesting, opposing, or delaying enforcement of the Judgment.

The parties additionally request that the trial set for August 21, 2006, be removed from the Court's calendar.

Upon execution hereof, this stipulated Judgment and Dismissal shall be filed with the United States District Court, Northern District of California.

IT IS SO STIPULATED:

AT&T CORP.

By: _____
    Kathryn Thiel
Its: Senior Counsel


OPT4 DERIVATIVES, INC.

By: *Gordon Rausser*
Name: _____
Title: *Chairman*

[signatures continue on following page]

-5-

ASSAYAG
MAUSS
KEMPTON

```
 1  PEAK6 INVESTMENTS L.P.
 2
 3  By: _____
 4  Name: _____
 5  Title: _____
 6
 7
 8  By: _____
 9       GORDON RAUSSER
10
11
12  APPROVED AS TO FORM AND CONTENT:
13
14                                      ASSAYAG MAUSS KEMPTON
                                        A Professional Law Corporation
15
16
17  Dated: April 6, 2006                By: _____
                                             Jayne Shean
18                                           Attorneys for Plaintiff AT&T Corp.
19
20
21  Dated: April ___, 2006              By: _____
22                                           Laura R. Craft
                                             Attoney for Defendant Opt4
23                                           Derivatives, Inc.
24
25                  JUDGMENT AND ORDER OF DISMISSAL
26
27      IT IS HEREBY ORDERED that in the matter of AT&T Corp., a New
28  York corporation vs. Opt4 Derivatives, Inc., a Delaware corporation,
```

ASSAYAG
MAUSS
KEMPTON

-6-

STIPULATED JUDGMENT AND DISMISSAL OF RAUSSER,
PEAK6 AND COUNTERCLAIMS WITH PREJUDICE;
[PROPOSED] JUDGMENT AND ORDER OF DISMISSAL

```
 1  PEAK6 INVESTMENTS L.P.
 2
 3  By: _____
 4  Name: Matthew Hulsizer
 5  Title: Managing Member
 6
 7
 8  By: _____
 9      GORDON RAUSSER
10
11
12  APPROVED AS TO FORM AND CONTENT:
13
14                              ASSAYAG MAUSS KEMPTON
15                              A Professional Law Corporation
16
17  Dated: April ___, 2006     By: _____
                                   Jaime Shean
18                                 Attorneys for Plaintiff AT&T Corp.
19
20
21  Dated: April 19, 2006      By: _____
22                                 Laura R. Craft
                                   Attorney for Defendant Opt4
23                                 Derivatives, Inc.
24
25              JUDGMENT AND ORDER OF DISMISSAL
26
27      IT IS HEREBY ORDERED that in the matter of AT&T Corp., a New
28  York corporation vs. Opt4 Derivatives, Inc., a Delaware corporation,
```

-6-

```
 1 | PEAK6 INVESTMENTS L.P.
 2 |
 3 | By: _____
 4 | Name: _____
 5 | Title: _____
 6 |
 7 |
 8 | By: /s/ Gordon Rausser
 9 |     GORDON RAUSSER
10 |
11 |
12 | APPROVED AS TO FORM AND CONTENT:
13 |
14 |                                    ASSAYAG MAUSS KEMPTON
                                        A Professional Law Corporation
15 |
16 |
17 | Dated: April ___, 2006             By: _____
                                            Jaime Shean
18 |                                         Attorneys for Plaintiff AT&T Corp.
19 |
20 |
21 | Dated: April ___, 2006             By: _____
                                            Laura R. Craft
22 |                                         Attorney for Defendant Opt4
23 |                                         Derivatives, Inc.
24 |
25 |               JUDGMENT AND ORDER OF DISMISSAL
26 |
27 |      IT IS HEREBY ORDERED that in the matter of AT&T Corp., a New
28 | York corporation vs. Opt4 Derivatives, Inc., a Delaware corporation,
```

ASSAYAG
MAUSS
KEMPTON

-6-

1  et al., Case No. C-04 3699 FMS, Judgment shall be entered against
2  Opt4 Derivatives, Inc., a Delaware corporation ("Opt4"), and in favor
3  of AT&T Corp., a New York corporation ("AT&T"), in the amount of
4  $1,009,930.35, plus post-judgment interest at the rate of 10% per
5  annum on the outstanding balance as of the date of entry under this
6  Judgment, plus reasonable attorneys' fees and costs incurred in
7  enforcing this Judgment subsequent to the date of its entry, in this
8  or any state, or for actions necessarily arising out of the
9  collection of this Judgment.

11  IT IS FURTHER ORDERED that Defendants Gordon Rausser, an
12  individual ("Rausser"), and Peak6 Investments L.P., a limited
13  partnership ("Peak6"), are hereby dismissed from the above-referenced
14  action with prejudice.  IT IS FURTHER ORDERED that the Counterclaim
15  brought by Rausser, Peak6 and Opt4 against AT&T shall be hereby
16  dismissed with prejudice.

DATED: _____May 18_____, 2006

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

ASSAYAG
MAUSS
KEMPTON

-7-

STIPULATED JUDGMENT AND DISMISSAL OF RAUSSER,
PEAK6 AND COUNTERCLAIMS WITH PREJUDICE;
[PROPOSED] JUDGMENT AND ORDER OF DISMISSAL

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Costa Mesa, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 2915 Redhill Avenue, Suite 200, Costa Mesa, California 92626. On April 28, 2006, I served the documents named below on the parties in this Action as follows:

**DOCUMENT SERVED:** STIPULATED JUDGMENT AND DISMISSAL OF GORDON RAUSSER PEAK6 INVESTMENTS L.P. AND COUTERCLAIMS FILED AGAINST AT&T CORP. WITH PREJUDICE; [PROPOSED] JUDGMENT AND ORDER OF DISMISSAL

SERVED UPON: Laura Craft, Esq.
1900 Powell Street, Suite 150
Emeryville, CA 94608-1837

[X] (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Costa Mesa, California. I am readily familiar with the practice of Assayag Mauss Kempton for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as completed and without error. Pursuant to C.R.C. 2009(i), I either caused, or had someone cause, the transmitting machine to properly transmit the attached documents to the facsimile numbers shown on the service list.

[ ] (BY FEDERAL EXPRESS) I am readily familiar with the practice of Assayag Mauss Kempton for collection and processing of documents for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

[ ] (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by Civil Process Services to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed forthwith.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on April 28, 2006, at Costa Mesa, California.

MARY GHOMIZADEH